UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORVELL ANDREW,<br><br>                Petitioner,<br><br>    v.<br><br>WARDEN JACOB DOERER,<br><br>                Respondent. | Case No. 5:24-cv-00198-SRM-AJR<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE [35]** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, the Report and Recommendation of United States Magistrate Judge ("R&R"), and Petitioner's objections to the R&R.[1] The Court has conducted a *de novo* review of those portions of the R&R to which Petitioner has objected. The Court **OVERRULES** those objections.

//
//
//

---

[1] Petitioner filed two Objections, both titled "Motion of Rebuttal," on August 19, 2025, and then on October 14, 2025. Dkts. 37, 39.

1 | Accordingly, the Court accepts and adopts the findings, conclusions, and
2 | recommendations of the Magistrate Judge. The Petition is **DENIED**, and this action is
3 | **DISMISSED WITH PREJUDICE**.
4 |     **IT IS SO ORDERED.**

Dated: 12/22/2025

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE