JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORVELL ANDREW,<br><br>               Petitioner,<br><br>    v.<br><br>WARDEN JACOB DOERER,<br><br>               Respondent. | Case No. 5:24-cv-00198-SRM-AJR<br><br><br>**JUDGMENT** |

    Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge, this action is **DISMISSED WITH PREJUDICE**.

    **IT IS SO ORDERED.**

Dated: 12/22/2025

_____
HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE

-1-